■ LORIANN DEUEL et al., Appellants, v FRANK T. DALTON et al., Respondents. [926 NYS2d 332]

---

Order affirmed, upon the opinion of Justice Thomas J. Mc-Namara.

Peters, J.P., Rose, Lahtinen, Malone Jr. and McCarthy, JJ., concur. Ordered that the order is affirmed, with costs.